UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
**UNITED STATES MAGISTRATE JUDGE DAVID D. NOCE**
Courtroom Minute Sheet – Criminal Case

Date **10/3/11** Judge **DDN** Case No. **4:11CR196JCH**

UNITED STATES OF AMERICA v. **Kevin White, Antonio Wider, Robbin Croskey**

Court Reporter **FTR GOLD** Deputy Clerk **K. Spurgeon**

Assistant United States Attorney(s) **Kenneth Tihen**

Attorney(s) for Defendant(s) **Brandy Barth + C. John Pleban - White; Lenny Kagen - Wider; Gary Milone - Croskey**

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance          ☐ Detention Hearing                 ☐ Preliminary Revocation
☐ Arraignment                 ☐ Bond Review                       ☐ Probation
☐ Preliminary Examination     ☐ Bond Execution/Appearance Bond    ☐ Supervised Release
☐ Motion Hearing              ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
  ☐ Evidentiary Hearing       ☐ Change of Plea/Sentencing         ☒ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Parties present for ~~hearing on~~ **status conference; Deft Wider asks for extension of time to file mtns; motion granted; Deft White requests a continuance of filing mtns; motion granted; Deft Croskey requests a continuance to amend motions; Motion Granted**

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

    ☐ Secured by cash **only**    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____  Order on pretrial motions:  ☐ issued  ☐ to issue

    ☐ Oral Motion for Suppression by deft             ☐ Motion for Extension of Time to File Pretrial Mtns by deft
           ☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____  ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____  Before _____

☒ Remanded to custody **- Wider**    ☒ Released on bond – **Croskey**

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced **1:59 pm**   Proceeding concluded **2:14 pm**   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.