```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
     v.                             )   No. 4:11 CR 196 JCH / DDN
                                    )
VICENTO LANORZ JOHNSON,             )
QUENTIN JEROME THOMPSON,            )
KEVIN DONNELL WHITE,                )
KENNETH HICKS,                      )
KEITH WILLIAMS,                     )
SAMUEL JOHNSON,                     )
OSCAR PATTON,                       )
ROBBIN CROSKEY, and                 )
TAMECKA DAVIS,                      )
            Defendants.             )
```

**SPEEDY TRIAL ACT FINDINGS
AND
<u>AMENDED ORDER CONCERNING PRETRIAL MOTIONS</u>**

On October 3, 2011, the court took up the motions of defendants Robbin Croskey (Doc. 185), Antonio Wider (Doc. 188), and Kevin Donnell White (Doc. 190), for an extension of time in which to file pretrial motions or a waiver thereof. At that time, after considering the complex nature of the case, the large amount of pretrial discovery that must be reviewed, the serious charges pending against the defendants, and the diligence of counsel, the court sustained the motions.

From a review of the record and the statements of counsel regarding the matters set forth above, the court finds that this is a complex case. Defense counsel continue to need a substantial amount of time, in addition to that provided by the Speedy Trial Act deadlines for the disposition of this case, to reasonably investigate the case, to prepare for the filing of pretrial motions of a waiver of them, to prepare for the pretrial evidentiary hearing, and to prepare for a potential trial in this case.  Upon this record, the undersigned finds and concludes, after taking into account counsel's exercise of due diligence, that to deny the motions for an extension of time to consider filing pretrial motions or a waiver thereof would deny counsel for the defendants a reasonable period of time necessary for effective investigation and

preparation and filing of pretrial motions or a waiver thereof.  Further, the ends of justice served by granting these motions outweigh the best interests of the public and of the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Therefore,

**IT IS FURTHER ORDERED** that the motions of defendants Robbin Croskey (Doc. 185), Antonio Wider (Doc. 188), and Kevin Donnell White (Doc. 190), for an extension of time in which to file pretrial motions or a waiver thereof are sustained.  All parties may have an extension of time to file any pretrial motion(s) or a waiver thereof on or before **October 17, 2011.**

**IT IS FURTHER ORDERED** that the time from the arraignments of the defendants to the date pretrial motions or the waiver thereof are by this order to be filed is excluded from computation of the latest date for the trial setting as prescribed by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** that the pretrial hearing continues to be set for **October 25, 26, and 27, 2011, at 9:00 a.m.**  Unless otherwise ordered, each defendant who has pending matters is required to be present at the evidentiary hearing on said defendant's motion(s).  If said defendant is not present at the hearing, the hearing may go forward in the defendant's absence.

     /S/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 14, 2011.