UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-CR-00196-JCH/DDN |
| ) | |
| ) | |
| ROBBIN CROSKEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS
## ON BEHALF OF DEFENDANT, ROBBIN CROSKEY

Now comes the Defendant, Robbin Croskey, by her attorney, Gary E. Milone, and moves this Court as follows:

1. Counsel for Robbin Croskey previously filed the following documents on November 8, 2011: Defendant Croskey's Post-Hearing Memorandum in Support of Pre-Trial Motions.

2. Defendant, Robbin Croskey, has instructed counsel that she wishes him to withdraw said Defendant Croskey's Post-Hearing Memorandum in Support of Pre-Trial Motions, and to file her version of what she wants presented to the Court.

3. Attached hereto as Exhibits 1 and 2 are the filings that Defendant, Robbin Croskey, wishes to make against the advice of counsel.

4. The attached exhibits show the original day the Defendant Croskey filed the documents as well as the original date of her Certificate of Service which was at the time she hand-delivered the documents to the Clerk's office.

WHEREFORE, Defendant, Robbin Croskey, prays that this Court grant leave to file the documents attached hereto as Exhibits 1 and 2 and titled Defendant's Motion Requesting Discovery and Inspection Pursuant to Federal Rules of Criminal Procedure 16(a)(1) and Defendant's Motion Replying to Government's Response.

Date:  11/21/11                                         s/Gary E. Milone
                                                                           Attorney for Defendant

Gary E. Milone
Registration #6185891
COBLE & MILONE
Attorneys at Law
832 W. North Ave.
P. O. Box 538
Flora, IL  62839
Tel.: (618) 662-4477
Fax: (618) 662-3825
E-mail: cmlawofc@bspeedy.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11-CR-00196-JCH/DDN |
| ROBBIN CROSKEY, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, I electronically filed a Motion For Leave to File Documents on Behalf of Defendant, Robbin Croskey with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| C. John Pleban | cpleban@plebanlaw.com; jbarnett@plebanlaw.com; plebanandassociates@yahoo.com |
| Nick A. Zotos | nickzotos@sbeglobal.net |
| Kenneth R. Tihen | kenneth.tihen@usdoj.gov; chris.jorcke@usdoj.gov; usamoe.crimdock@usdoj.gov |
| JoAnn Trog | jtrogmwb@aol.com |
| Charles E. Kirksey, Jr. | charlesekirksey@cs.com |
| Tiffany G. Becker | tiffany.becker@usdoj.gov; lynn.andrews@usdoj.gov; usamoe.crimdock@usdoj.gov |
| Lucille G. Liggett | lucy_liggett@fd.org; moe_ecf@fd.org; teresa_page@fd.org |
| Paul E. Sims | blast357@gmail.com |
| Lenny Kagan | lgkagan@hotmail.com |
| John K. Tucci | tuccijohn@hotmail.com; tuccimary@hotmail.com |
| Brandy B. Barth | bbarth@plebanlaw.com |

    Brent E. Labovitz        bel@labovitzwhiteley.com;
                                              kmw@labovitzwhiteley.com

I further certify that on November 21, 2011, I mailed by United States Postal Service, the document to the following non-registered participants:

NONE

                            Respectfully submitted,

                            <u>s/Gary E. Milone</u>
                            Gary E. Milone
                            P. O. Box 538
                            Flora, IL  62839
                            Tel.: (618) 662-4477
                            Fax: (618) 662-3825
                            E-mail: cmlawofc@bspeedy.com
                            Registration #6185891