```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
       v.                       )    No. 4:11 CR 196 JCH / DDN
                                )
ROBBIN CROSKEY,                 )
                                )
            Defendant.          )
```

### ORDER

**IT IS HEREBY ORDERED** that the motion of defendant Robbin Croskey for leave to file documents (Doc. 275) is sustained.

                                          /S/   David D. Noce
                                   **UNITED STATES MAGISTRATE JUDGE**

Signed on November 22, 2011.