# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward                                                              314-244-7900
  Clerk of Court

December 28, 2011

Robbin Croskey
2256 Accomac Street
St. Louis, MO  63104

RE:         USA v. Croskey
Case #      4:11CR196 JCH/DDN

Dear Ms. Croskey:

In accordance with the directive of the Honorable David D. Noce, the enclosed documents are being returned because of the following:

• As previously stated, all pleadings must be signed and filed by defendant's counsel, Gary Milone.


Sincerely,
JAMES G. WOODWARD, CLERK


By:   _____
    Katie Spurgeon
    Deputy Clerk

Enclosure(s)

cc: Gary Milone