RECEIVED
MAR - 6 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CR00196-JCH(DDN) |
| | ) | |
| | ) | |
| ROBBIN CROSKEY, | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION REQUESTING TERMINATION OF GARY E. MILONE

COMES NOW, the defendant, Robbin Croskey, pro se, and respectfully moves this Court for an Order granting her request to terminate Gary E. Milone as her attorney, and state the following:

1. There has been a complete breakdown in communication between attorney/client, thus there now exist heartfelt mistrust and irreconcilable differences which has consequently

created a "conflict of interest" in the direction of her case as a matter of law. Moreover, Mr. Milone repeatedly insist that I sit down with the prosecuting attorneys to discuss the evidence, when it seems clear that the Government's evidence against her is mere microscopic. Mr. Milone should be putting the Government's burden of proof to a test, particularly, in light of <u>United States vs. Lopez</u>, 443 F.3d 1026 (8th Cir. 2006)(en banc)("repudiating the slight evidence rule for sufficiency of evidence of a defendant's participation in a conspiracy"), rather than subjecting her to a remarkable risk of loss of liberty.

2. Attorney/Client have reached an impasse, and defendant Croskey has lost faith in counsel and believes counsel is not acting in her best interest. The relationship has been irretrievably broken and is irreparable.

WHEREFORE, the defendant, Robbin Croskey, pro se, pray that this Court grant her motion requesting termination of Gary E. Milone as attorney of record.

Respectfully Submitted,

_/s/ Robbin Croskey_
Defendant-Robbin Croskey
2256 Accomac Street
St. Louis, Missouri 63104

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been forwarded via United States Postal Service on this 6th day of March, 2012, postage prepaid, to the following:

Kenneth Tihen/Tiffany Becker, Assistant United States Attorneys
Gary E. Milone, Attorney for Defendant

_____
Defendant-Robbin Croskey

-3-