```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )
                               )
     v.                        )    No. 4:11CR196 JCH
                               )
ROBBIN CROSKEY,                )
                               )
           Defendant.          )
```

### ORDER

**IT IS HEREBY ORDERED** that defendant Robbin Croskey's <u>Pro Se</u> Motion Requesting Termination Of Gary E. Milone as counsel for defendant Robbin Croskey in the above cause (Docket No. 396) is granted.

**IT IS FURTHER ORDERED** that defendant Robbin Croskey's <u>Pro Se</u> Motion For Appointment Of Counsel (Docket No. 397) is granted.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of March, 2012.