RECEIVED

MAR - 6 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) Case No. 4:11CR00196-JCH(DDN) |
| | ) |
| | ) |
| ROBBIN CROSKEY, | ) |
| Defendant. | ) |

### DEFENDANT'S PRO SE MOTION TO STRIKE

COMES NOW, the defendant, Robbin Croskey, pro se, and respectfully moves this Court to strike document 391, attorney for defendant, Gary E. Milone's "Defendant Robbin Croskey's Objection To Report And Recommendation of The United States Magistrate Judge," and in support thereof states the following:

1. That document 391, attorney Gary E. Milone's "Defendant Robbin Croskey's Objection To Report and Recommendation of The United States Magistrate Judge" does not represent

the matters which was discussed and agreed upon by attorney/ client. This Court, in a status hearing conducted on February 27, 2012, advised both attorney and client to discuss and agree upon its filings before submitting them. Furthermore, defendant Croskey has filed a pro se motion requesting attorney Gary E. Milone's termination as attorney of record effective immediately.

WHEREFORE, the defendant, Robbin Croskey, pro se, pray that this Court grant her request to strike document 391, Gary E. Milone's "Defendant Robbin Croskey's Objection To Report And Recommendation of The United States Magistrate Judge."

Respectfully Submitted,

_____
Defendant-Robbin Croskey
2256 Accomac Street
St. Louis, Missouri 63104

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been forwarded via United States Postal Service on this 6th day of March, 2012, postage prepaid, to the following:

Kenneth Tihen/Tiffany Becker, Assistant United States Attorney
Gary E. Milone, Attorney for Defendant

_____
Defendant-Robbin Croskey

-2-