**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**COURTROOM MINUTE SHEET**
**CRIMINAL PROCEEDINGS**

Date 6/29/12 Judge Hamilton      Case No. 4:11CR196JCH

USA      vs. Robbin Croskey

Court Reporter S. White      Deputy Clerk

Attorney(s) for Plaintiff(s) Tiffany Becker, Ken Tihen

Attorney(s) for Defendant(s) Henry Miller

Parties present for in court hearing Re: Status of
trial. Atty Miller Requests Continuance
and to be Relieved from Appointment.
Request for continuance Denied (JCH).
Request to be Relieved from appointment. Denied (JCH)

_____

_____

_____

_____

_____

| | | |
|---|---|---|
| Pltf. Witness_____ | Deft. Witness_____ |
| Pltf. Witness_____ | Deft. Witness_____ |

Pltf. Exhibits:_____ Deft. Exhibits:_____

Pltf. Exhibits:_____ Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 11:52 (a.m./p.m  Concluded 12:09 a.m./p.m.