%CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE EDMO | 2. PERSON REPRESENTED ROBBIN CROSKEY | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 4:11CR196 JCH | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |

| 7. IN CASE/MATTER OF (Case Name) USA V. JOHNSON ET AL | 8. PAYMENT CATEGORY ☑ Felony   ☐ Petty Offense ☐ Misdemeanor   ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant   ☐ Appellant ☐ Juvenile Defendant   ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
CONSP. TO POSSESS AND POSSESS WITH INTENT TO DIST.; 21 USC 841 & CONSP. TO LAUNDER MONEY

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
RETRIAL AFTER MISTRIAL

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). *NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
TRIAL, INCLUDING PROSECUTION AND DEFENSE OPENING STATEMENTS, PROSECUTION AND DEFENSE ARGUMENT

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned Cost _____% of transcript with (Give case name and defendant) | |
| B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☑ Realtime Unedited | |
| C. ☑ Prosecution Opening Statement   ☑ Prosecution Argument   ☐ Prosecution Rebuttal ☑ Defense Opening Statement   ☑ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted. |
| _Signature of Attorney_   08/01/2012   Date | _Signature of Presiding Judge or By Order of the Court_ |
| HENRY MILLER   Printed Name | |
| Telephone Number:   (314) 721-6677 | Date of Order   Nunc Pro Tunc Date |
| ☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization | |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS ☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number: |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____   _____
Signature of Attorney or Clerk   Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _Signature of Judge or Clerk of Court_   Date | |