RECEIVED
SEP 0 6 2012
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-CR-00196-JCH-9 |
| ) | |
| ROBBIN CROSKEY ) | |
| ) | |
| Defendant. ) | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, **Carl B. Boyd,** move to be admitted pro hac vice to the bar of this court for the purpose of representing **Robbin Croskey** in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
   **Carl B. Boyd**
(b) Address, telephone number and fax number of the movant-attorney;
   **11528 S. Halsted, Chicago, IL 60628 Ph# (773) 995-7900, fax# (773) 995-7921**
(c) Name of the firm or letterhead under which the movant practices;
   **Starks & Boyd, P.C.**
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   **Drake University Law School. Graduated on June 7, 1991.**
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
   **Illinois State Bar, admitted on November 7, 1991, United States District Court Northern District of Illinois admitted to the General bar on June 7, 1995 and the trial bar on May 26, 2004.**
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.
(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Carl B. Boyd

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1991 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, August 23, 2012.

*Carolyn Taft Grosboll*
Clerk



RECEIVED
SEP 0 6 2012
BY MAIL

Thomas F. Eagleton Courthouse
111 S. 10th Street
Attn: Clerk's Office
St. Louis, MO 63103

53102112599



Starks & Boyd P.C.
11528 S Halsted St.
Chicago, IL 60628

