**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 4:11CR196 JCH |
| **ROBBIN CROSKEY,** | ) ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW Henry M. Miller, appointed attorney for Robbin Croskey, and hereby requests leave to withdraw as attorney for defendant for the reason that she has obtained new counsel who has filed his Verified Motion for Admission Pro Hac Vice.

Respectfully submitted,

/s/ Henry M. Miller
HENRY M. MILLER, #48790MO
Margulis, Grant and Margulis, P.C.
11 South Meramec, Suite 1330
St. Louis, Missouri 63105
314.721.6677
Facsimile: 314.721.1710
*Attorney for Defendant*

## Certificate of Service

I hereby certify that on September 7 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ken Tihen and Tiffany Becker, Assistant United States Attorneys.

/s/ Henry M. Miller