# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward                                                                                    314-244-7900
  Clerk of Court

October 1, 2012

Robbin Croskey
2256 Accomac Street
St. Louis, MO 63104

RE:             USA v. Robbin Croskey
Case #          4:11cr196JCH-DDN

Dear Ms. Croskey:

Pursuant to the hearing held on November 18, 2011, all future filings must be signed by and filed by the attorney of record for the defendant. The document labeled "Defendant's motion to alter or amend judgment pursuant to rule 59(e) of the federal rules of civil procedure" is being returned and should be filed by the attorney of record.


Sincerely,
JAMES G. WOODWARD, CLERK



By:     /s/ Kara Scheele
        Kara Scheele
        Deputy Clerk

Enclosure(s)