# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## MINUTES OF CRIMINAL JURY/NON JURY TRIAL

Presiding Judicial Official __JCH__   Date __12-16__   Trial Day __7__   Case No. __4:11cr196__

**UNITED STATES OF AMERICA vs.** __Robbin Croskey__

Parties present for ☑ JURY TRIAL ☐ NON JURY TRIAL ____

Court Reporter __D.K.__   Deputy Clerk __Cabiars__

Assistant United States Attorney(s) __Tihen, Becker__

Attorney(s) for Defendant(s) __Brindley, Thompson__

Interpreter ____   Defendant is ☐ released on bond ☐ remanded to custody

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of ☐ Government ☐ Defendant(s) made.

☐ Government evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Government evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☐ Written Motion for judgment of acquittal ☐ at close of ☐ government's ☐ defendant's case ☐ filed

☐ made/argued by ☐ Govt ☐ deft(s) ☐ ____ and is

☐ Overruled/Denied ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case.

☐ Closing Arguments made.   ☐ Case taken under advisement.

☑ Jury charged/retires to consider its verdict(s) at __9:00__ am/pm   ☐ Verdict(s) returned at ____ am/pm

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact,

☐ retires to consider its verdict(s) at ____ am/pm   ☐ Verdict is returned at ____ am/pm

☐ On motion of ☐ government ☐ defendant ☐ Court the jury is polled. Verdict is unanimous.

☐ Jury unable to agree upon its verdict(s) by ____ am/pm is excused to resume deliberations ____ at ____ am/pm.

☑ The Court declares a MISTRIAL. Trial is reset ____ SENTENCING SET ____

☐ Judgment of acquittal is entered accordingly this date. ☑ Depositions ☑ Exhibits retained by ☐ Court ☑ Counsel.

☐ Proceedings to continue __D remains on existing bond__ at ____ am/pm

Mtn. # 1032 filed by D.
Oral Mtn. for Mistrial Made by D; argued; Denied 1:10 - 1:15
Hammer instruction read; 1:20 - 1:50 / 2nd Oral Mtn. for Mistrial; GRANTED.

PROCEEDINGS COMMENCED: __3:05__   CONCLUDED: __3:20__