UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:11CR00196 JCH |
| ) | |
| ROBBIN CROSKEY, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS SUPERSEDING INDICTMENT WITHOUT PREJUDICE**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Kenneth R. Tihen and Tiffany G. Becker, Assistant United States Attorneys for said district, and moves to dismiss the superseding indictment against defendant Robbin Croskey without prejudice.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 s/ Kenneth R. Tihen
KENNETH R. TIHEN, #37325 MO
TIFFANY G. BECKER, #46314 MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-7653

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on Beau Brindley, Attorney for Defendant Robbin Croskey.

                                                  *s/ Kenneth R. Tihen*
                                                  KENNETH R. TIHEN, #37325 MO
                                                  Assistant United States Attorney